**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6485

WILLIE ORLANDO MCKINNON,

        Plaintiff - Appellant,

     v.

ANGELA TALLEY, Montgomery County Correctional Facility Director; WARDEN SUSAN MALAGARI; DEPUTY WARDEN GILLIAM; LIEUTENANT TATE,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Matthew James Maddox, District Judge.  (1:22-cv-03076-MJM)

Submitted:  December 19, 2024                    Decided:  December 27, 2024

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Willie Orlando McKinnon, Appellant Pro Se.  Erin Jeanne Ashbarry, Kristen Joanne Nunley, OFFICE OF THE COUNTY ATTORNEY, Rockville, Maryland; Kevin B. Karpinski, KARPINSKI, CORNBROOKS & KARP, PA, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Orlando McKinnon appeals the district court's orders granting Defendants' motion for summary judgment, dismissing McKinnon's 42 U.S.C. § 1983 complaint for failure to exhaust administrative remedies, and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *McKinnon v. Talley*, No. 1:22-cv-03076-MJM (D. Md. Feb. 27, 2024; May 16, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*